OPINION — AG — ** COUNTY OFFICES — HOLIDAYS — PUBLICATIONS ** A BOARD OF COUNTY COMMISSIONERS AND COUNTY EXCISE BOARD, WHEN EXERCISING THEIR AUTHORITY PURSUANT TO 19 O.S. 350 [19-350] TO DESIGNATE HOLIDAYS AND DAYS COUNTY OFFICES WILL BE CLOSED, MUST DESIGNATE AND PUBLISH THOSE HOLIDAYS MANDATED BY THE PROVISIONS OF 25 O.S. 82.1 [25-82.1] (HOLIDAYS, NOTICE, COURTHOUSE, HOURS, AGREEMENT, CLOSED, TIME) CITE: 25 O.S. 82.2 [25-82.2], 19 O.S. 350 [19-350], 25 O.S. 82.1 [25-82.1] (ALAN B. FOSTER)